# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ASHLEY L. LUMPKIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 2:17-cv-081-NT ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) |
| Defendant | ) ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On January 31, 2018, the United States Magistrate Judge filed with the court, and copies to the parties, his Recommended Decision. The Plaintiff filed an objection to the Recommended Decision on February 14, 2018. I have reviewed and considered the Recommended Decision and the Plaintiff's objection, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision. In addition, I note that the Plaintiff's objection raises new arguments not presented to the Magistrate Judge and as so they are waived.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that the Commissioner's decision is **AFFIRMED**.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 29th day of March, 2018.